Dismissed and Opinion filed October 17, 2002









Dismissed and Opinion filed October 17, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00853-CV

____________

 

HARRIS
COUNTY APPRAISAL DISTRICT, Appellant

 

V.

 

WEINGARTEN
REALTY INVESTORS, Appellee

 



 

On Appeal from the 295th District Court

Harris
County, Texas

Trial Court Cause No. 00-44236

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 13, 2002.

On October 10, 2002, appellant filed a motion to dismiss
because the case was settled and it no longer desires to prosecute the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed October 17, 2002.

Panel consists of Chief Justice
Brister and Justices Hudson and Fowler.  

Do Not Publish C Tex. R. App. P.
47.3(b).